UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAVEEN NARRA KUMAR, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>SKYHOP GLOBAL, LLC, et al.,<br><br>   Defendants. | Case No.  21-cv-09141-VC<br><br>**TENTATIVE RULING** |

  The Court's tentative ruling is as follows: Indyzen and Narra's claims against SkyHop Tech and Scotto must be sent to arbitration because of the arbitration provision in the June 2020 Development Agreement. *See* Dkt. No. 1, Exh. H. Indyzen may enforce the agreement as the principal bound by the signature of its authorized agent, Narra. Narra is entitled to enforce the agreement as Indyzen's agent. *See Dryer v. Los Angeles Rams*, 40 Cal. 3d 406, 418 (1985). SkyHop Tech is bound by the agreement by the signature of its authorized agent, Scotto, acting within the scope of her authority as a corporate officer. And Scotto is bound by the clause as an agent of SkyHop Tech who personally benefited from the development agreement. *See Cohen v. TNP 2008 Participating Notes Program, LLC*, 31 Cal. App. 5th 840, 860–61 (Cal. Ct. App. 2019). The Court cannot identify a theory by which the claims against SkyHop Global may be compelled to arbitration.

  **IT IS SO ORDERED.**

Dated: May 25, 2022

                   _____
                   VINCE CHHABRIA
                   United States District Judge